MARCH 20, 1942

No. 47017.▮▮▮▮▮Protests 998525–G, etc., of Theo. L. Stern & Co., Inc. ▮▮▮▮▮▮ Government's application for rehearing denied.

BEFORE THE SECOND DIVISION, MARCH 31, 1942

No. 47018.—Protests 988012–G, etc., of Franklin Simon & Co. et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel certain woven silk mufflers, hemmed, similar to those involved in Abstract 45938 were held dutiable at 60 percent under paragraph 1209 as claimed. It was also stipulated that certain items consist of woven silk mufflers, hemmed, not block-printed by hand, and valued at more than $5 per dozen. These were held dutiable at 45 percent under paragraph 1209 by virtue of the British Trade Agreement (T. D. 49753). Protests sustained in part.

No. 47019.—Protests 385–K, etc., of E. de Grandmont, Inc., et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel laces made on a bobbinet-jacquard machine were held dutiable at 50 percent ad valorem under paragraph 1529 (a) by virtue of T. D. 48316 as claimed.

No. 47020.—Protest 61886–K of Heinsheimer Bros., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 46497 the claim at 25 percent ad valorem under paragraph 1504 (b) (1) was sustained.

No. 47021.—Protest 76161–K of Olivier Straw Goods Corp. (New York).

Opinion by TILSON, J. It was stipulated that the knotted sisal hats in question are the same in all material respects as those the subject of Abstract 46497. In accordance therewith the claim at 25 percent ad valorem under paragraph 1504 (b) (1) was sustained.